IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 MAR 13 PM 2: 22
CLERK _L. LaVictoire_
SO. DIST. OF GA.

ANGEL I. RAMIRO,

        Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

        Respondent.

CIVIL ACTION NO.: CV205-199

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the __31st__ day of __March__, 2006.

**SO ORDERED**, this __13th__ day of March, 2006

                              _James E. Graham_
                              JAMES E. GRAHAM
                              UNITED STATES MAGISTRATE JUDGE