IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ANGEL I. RAMIRO,

    Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-199

### ORDER

Petitioner, an inmate at the Federal Correctional Institution in Jesup, Georgia, seeks to proceed in forma pauperis on appeal to the Eleventh Circuit Court of Appeals. Petitioner seeks to appeal the dismissal of his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. As the appeal is without merit, the Court **denies** Petitioner leave to proceed in forma pauperis on appeal.

SO ORDERED, this 11 day of April, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)