IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ANGEL I. RAMIRO,

    Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-199

## ORDER

Petitioner has filed a Motion for Reconsideration of the Court's Order dated March 28, 2006. That Order dismissed Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Petitioner's Motion for Reconsideration is **DENIED**. The Order dated March 28, 2006, shall remain the Order of the Court.

**SO ORDERED**, this 18 day of April, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)